UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, et al., <br> Plaintiffs <br><br> v. <br><br> PETER H. O'MEARA, et al., <br> Defendants | : CIVIL ACTION NO. <br> : 3:01CV1871 (JBA) <br> : <br> : <br> : <br> : <br> : <br> : October 10, 2003 <br> : |

**DEFENDANTS' UNCONTESTED THIRD MOTION FOR ENLARGEMENT
OF TIME TO FILE WRITTEN OBJECTIONS TO RULING
ON PLAINTIFFS' AND DEFENDANTS' MOTIONS
FOR RECONSIDERATION**

The Defendants respectfully request an enlargement of time of another week to file written objections to United States Magistrate Judge Joan Glazer Margolis' Ruling on Plaintiffs' and Defendants' Motions for Reconsideration, and aver the following:

1. On September 12, 2003, Magistrate Judge Margolis issued a Ruling on Plaintiffs' and Defendants' Motions for Reconsideration.

2. Written objections to the ruling must be filed within ten (10) days after service of the same. 28 U.S.C. §636(b).

3. The Defendants received the Ruling on September 15, 2003.

4. Defendants' counsel initially requested until Friday, October 3, 2003, and then requested until October 13, 2003, to discuss the Ruling and its implications with his clients.

5. Plaintiffs also filed a Motion for Enlargement of Time and requested until October 13, 2003 to file their objections.

21263_1

6.  Due to legal obligations in this and other matters, more time is needed for Defendants' counsel to draft written objections.

7.  The Defendants have been preparing for and involved in a hearing in another case which is continuing beyond its originally scheduled time for October 8 and 9, 2003.

8.  Defendants' counsel is also scheduled for depositions in another matter in Florida the beginning of the week of October 13, 2003.

9.  Opposing counsel, David Shaw, Esquire, would also like until October 20, 2003, to file objections and thus does not oppose the request.

10. This is the third motion for an enlargement of time with respect to this Ruling.

WHEREFORE, the Defendants request an enlargement of time until October 20, 2003 to file their written objections to the Ruling on Plaintiffs' and Defendants' Motions for Reconsideration.

Respectfully submitted,
DILWORTH PAXSON LLP

*Thomas B. York*
Thomas B. York
Fed. Bar No. ct 17663
112 Market Street, 8th Floor
Harrisburg, PA 17101
Tel.: (717) 236-4812

Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via facsimile and also via first-class, postage-prepaid mail on this 10th day of October, 2003 on the following individuals:

David C. Shaw, Esq.
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

Hugh Barber, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120 (55 Elm Street)
Hartford, CT 06141-0120

Thomas Fiorentino, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120 (55 Elm Street)
Hartford, CT 06141-0120

Mark Carta, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South, P.O. Box 1107
Darien, CT 06820

James P. Welsh, Esq.
Director, Legal & Government Affairs
CT Dept. of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

*Thomas B. York*
Thomas B. York

21263_1