01 CV 1871 MotionTime 101403

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, ET. AL.           :
                                    :
                 PLAINTIFFS         :   3:01CV1871 (JBA)
vs.                                 :
                                    :
PETER H. O'MEARA, ET AL.            :
                                    :
                 DEFENDANTS.        :   OCTOBER 10, 2003

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a one week enlargement of time to file objections to Magistrate Judge Margolis' Ruling on Plaintiffs' and Defendants' Motions for Reconsideration dated September 12, 2003, pursuant to 28 U.S.C. § 636(b); Fed. R. Civ. P. 6(a), 6(e) and 72. Plaintiffs' objections are currently due on October 13, 2003.

In support of this Ruling, the Plaintiffs represent that defendants' counsel contacted the undersigned on October 9, 2003 indicating he would be requesting a second enlargement of the due date. Moreover, counsel had two lengthy briefs due in this case this week and a two-day meeting with the Expert Advisory Panel in *P.J. v. Connecticut,* No. 291CV00180 (RNC). It has therefore been difficult to complete the Objections to the Magistrate Judge's Ruling by October 13, 2003.

Opposing counsel, Attorney Thomas York, has been contacted and consents to this request and is requesting a similar one week extension for defendants to file their brief. This is the second enlargement of time requested with respect to this time limitation.

WHEREFORE, Plaintiffs request an enlargement of the time within which their objections are due to October 20, 2003.

PLAINTIFFS,

By_____
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Fed. Bar No. ct05239
Tel. (860) 242-1238
Fax. (860) 242-1507

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on October 10, 2003.

Hugh Barber, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas B. York, Esq.
Dilworth, Paxson LLP
112 Market St., 8th Floor
Harrisburg, PA 17101

Mark R. Carta, Esq.
Rucci, Burnham, Carta
 & Edelberg, LLP
30 Old Kings Hwy. South
Darien, CT  06820

_____
David C. Shaw, Esq.