01 CV 1871 MotionTime 101403

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RC/CONNECTICUT, ET. AL.                        :

            PLAINTIFFS                :        3:01CV1871 (JBA)

    vs.                                        :

ETER H. O'MEARA, ET AL.                        :

            DEFENDANTS.               :        OCTOBER 10, 2003

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a one week enlargement of time to file objections to Magistrate Judge Margolis' Ruling on Plaintiffs' and Defendants' Motions for Reconsideration dated September 12, 2003, pursuant to 28 U.S.C. § 636(b); Fed. R. Civ. P. 6(a), 6(e) and 72. Plaintiffs' objections are currently due on October 13, 2003.

In support of this Ruling, the Plaintiffs represent that defendants' counsel contacted the undersigned on October 9, 2003 indicating he would be requesting a second enlargement of the due date. Moreover, counsel had two lengthy briefs due in this case this week and a two-day meeting with the Expert Advisory Panel in *P.J. v. Connecticut*, No. 291CV00180 (RNC). It has therefore been difficult to complete the Objections to the Magistrate Judge's Ruling by October 13, 2003.