UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, et al.,          :    CIVIL ACTION NO.
    Plaintiffs                              :    3:01CV1871 (JBA)
                                               :
v.                                              :
                                               :
ER H. O'MEARA, et al.,              :
    Defendants                           :
                                               :    October 10, 2003

DEFENDANTS' UNCONTESTED THIRD MOTION FOR ENLARGEMENT
OF TIME TO FILE WRITTEN OBJECTIONS TO RULING
ON PLAINTIFFS' AND DEFENDANTS' MOTIONS
FOR RECONSIDERATION

The Defendants respectfully request an enlargement of time of another week to file written objections to United States Magistrate Judge Joan Glazer Margolis' Ruling on Plaintiffs' and Defendants' Motions for Reconsideration, and aver the following:

1. On September 12, 2003, Magistrate Judge Margolis issued a Ruling on Plaintiffs' and Defendants' Motions for Reconsideration.

2. Written objections to the ruling must be filed within ten (10) days after service of the same. 28 U.S.C. §636(b).

3. The Defendants received the Ruling on September 15, 2003.

4. Defendants' counsel initially requested until Friday, October 3, 2003, and then requested until October 13, 2003, to discuss the Ruling and its implications with his clients.

5. Plaintiffs also filed a Motion for Enlargement of Time and requested until October 13, 2003 to file their objections.

21263_1

*[Handwritten margin notes: "10/14/03 -- Granted with 10/23/03, absent objection." ]*