UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, et al.,

        Plaintiffs,

v.

PETER H. O'MEARA, et al.,

        Defendants.

3:01CV1871 (JBA)

November 11, 2003

FILED
Nov 12  2 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**DEFENDANTS' UNCONTESTED MOTION FOR EXTENSION
OF TIME TO RESPOND *NUNC PRO TUNC* TO PLAINTIFFS'
OBJECTION TO RULING ON DISCOVERY**

The Defendants respectfully request an extension of time until November 19, 2003 to respond to Plaintiffs' Objection To Ruling On Discovery (hereinafter "Plaintiffs' Objection") and aver as follows:

1. On September 12, 2003, Magistrate Judge Margolis issued a Ruling on Plaintiffs' and Defendants' Motions for Reconsideration (hereinafter "Ruling").

2. After requesting and receiving extensions of time to file written objections to the Ruling, Plaintiffs filed Plaintiffs' Objection on October 17, 2003. The Defendants received the pleading on October 20, 2003. The Defendants filed Defendants' Objections To Magistrate Judge's Ruling On Plaintiffs' And Defendants' Motions For Reconsideration (hereinafter "Defendants' Objections") on October 20, 2003.

3. Defendants' counsel wishes to respond to Plaintiffs' Objection. Due to an extremely heavy workload and work travel schedule, Defendants' counsel and staff inadvertently

21405_1

1

miscalculated the deadline for filing a response, and now request until November 19, 2003 to do so.

4. Since receiving Plaintiffs' Objection on October 20, 2003, Defendants' counsel has participated in approximately six (6) depositions in Florida, Pennsylvania, and Rhode Island in another Federal Court matter. Defendants' counsel has also been responsible for filing several pleadings, participating in out-of-state meetings and attending out-of-state expert tours for other Federal Court matters during this time period.

5. In addition, Defendants' counsel hired and has been training a new associate during this time period.

6. Defendants' counsel contacted Plaintiffs' counsel to discuss this request. Plaintiffs' counsel does not object.

7. This is Defendants' first request for an extension of time in which to respond to Plaintiffs' Objection.

WHEREFORE, Defendants request until November 19, 2003 to respond to Plaintiffs' Objection To Ruling On Discovery.

Respectfully submitted,
DILWORTH PAXSON LLP

*[signature]*

THOMAS B. YORK
Fed. Bar No. ct 17663
Steven B. Goodman
112 Market Street, 8th Floor
Harrisburg, PA 17101
Tel.: (717) 236-4812

Attorneys for Defendants

21405_1                                2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via facsimile and also via first-class, postage-prepaid mail on this 11th day of November 2003 on the following individuals:

David C. Shaw, Esq.
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

* * * *

Mark Carta, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South, P.O. Box 1107
Darien, CT 06820

_____
Thomas B. York

21405_1