IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Nov 24  3 40 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------------x

ARC/CONNECTICUT, ET AL.    :    3:01 CV 1871 (JBA)

v.

PETER H. O'MEARA ET AL.    :    DATE: NOV. 24, 2003

------------------------------------------------------x

### MEMORANDUM OF CONTINUED SETTLEMENT CONFERENCE

Date of Conference:  November 24, 2003

Attorneys Present:   David C. Shaw, Esq.
                     (For Plaintiffs)

                     Hugh Barber, Esq.
                     Thomas M. Fiorentino, Esq.
                     Thomas B. York, Esq.
                     James Welch, Esq.
                     (For Defendants)

### DISCUSSIONS

Settlement discussions were held. Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, defendants will provide a detailed framework for settlement to plaintiffs **on or before December 5, 2003**, and plaintiffs will respond thereto **on or before December 12, 2003**.

2. By further agreement of counsel, a continued settlement conference will be held before this Magistrate Judge on **December 15, 2003, at 9:30 a.m.**

3. The Magistrate Judge is available for such other conferences (which may be

AO 72A
(Rev. 8/82)

held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 24th day of November, 2003.

United States

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 24, 2003

11:00 A.M.

*Held 11:00 - 12:05 (1 hr. 5 min.)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. 3:01CV1871 (JBA) **ARC/CT v. O'Meara**

| | |
|---|---|
| ✓ Hugh Barber<br>Attorney General's Office<br>Health & Human Services<br>55 Elm St., Po Box 120<br>Hartford, CT 06141-0120<br>860-808-5212<br>860-808-5385 (fax)<br>hugh.barber@po.state.ct.us | Patricia A. Wilson-Coker |
| Mark R. Carta<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 107<br>Darien, CT 06820<br>203-899-3300 | All Plaintiffs |
| Andrew Alan Feinstein<br>Law Offices of David C. Shaw<br>34 Jerome Ave.<br>Suite 210<br>Bloomfield, CT 06002<br>860-242-1238<br>860-242-1507 (fax)<br>feinsteinandrew@sbcglobal.net | ARC, et al. |
| ✓ Thomas M. Fiorentino<br>Attorney General's Office<br>55 Elm St., PO Box 120<br>Hartford, CT 06101-0120<br>860-808-5330<br>860-808-5385 (fax) | Peter H. O'Meara |

thomas.fiorentino@po.state.ct.us

David C. Shaw                           ARC, et al.
Law Offices of David C. Shaw
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
860-242-1238
860-242-1507 (fax)
davidcshawatty@aol.com


Thomas B. York                          Patricia A. Wilson-Coker
Dilworth Paxson                         Peter H. O'Meara
112 Market Street
8th Floor
Harrisburg, PA 17101
717-236-4312

*Jim Welch*                             BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK