FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOV 14  1 54 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

ARC/CONNECTICUT, ET. AL.          :
                                  :    3:01CV1871 (JBA)
                PLAINTIFFS        :
    vs.                           :
                                  :
PETER H. O'MEARA, ET AL.          :
                                  :
                DEFENDANTS.       :    NOVEMBER 12, 2003

**MOTION TO AMEND PROTECTIVE ORDER**

The plaintiffs move the Court to approve and enter the Amended Protective Order attached hereto. In support of this Motion the plaintiffs represent that the attached Amended Protective Order is acceptable to Attorney Thomas York, counsel for defendants, and counsel for the plaintiffs.

PLAINTIFFS,

By _____
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Fed. Bar No. ct05239
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: davidcshawatty@aol.com