UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, et al.,
    Plaintiffs

v.

PETER H. O'MEARA, et al.,
    Defendants

CIVIL ACTION NO.
3:01CV1871(JBA)

NOVEMBER 26, 2003

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiffs, by through its counsel, hereby requests an extension of 14 days, until December 10, 2003, in which to object to Ruling on Plaintiffs' Motion for Determination of the Sufficiency of Defendants' Answers and Objections to Requests for Admission and for Order Deeming Matters Admitted dated November 12, 2003 ("Ruling"). Counsel for the Defendants consent to this motion. This is the first such request sought for extension of this deadline. Good cause exists in granting this motion as Plaintiffs' counsel has only just had an opportunity to review the Magistrate/Judge's Ruling.

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Dated at Darien, Connecticut this 26th day of November, 2003.

THE PLAINTIFFS

BY: *[signature]*
MARK R. CARTA (ct06645)
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Post Office Box 1107
Darien, Connecticut 06820
(203) 899-3300

## CERTIFICATION

The undersigned certifies that a copy of the foregoing Plaintiffs' Motion for Extension of Time was sent via U.S. mail, postage prepaid, this 26th day of November, 2003 to the following:

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, Connecticut 06002

Thomas B. York, Esq.
Steven B. Goodman, Esq.
Dilworth Paxson, LLP
112 Market Street, 8th Floor
Harrisburg, Pennsylvania 17101

James P. Welsh, Esq.
Director Legal & Government Affairs
460 Capitol Avenue
Hartford, Connecticut 06106

Hugh Barber, Esq.
Assistant Attorney General
Office of the Attorney General
Post Office Box 120
Hartford, Connecticut 06141

Thomas M. Fiorentino, Esq.
Assistant Attorney General
Office of the Attorney General
Post Office Box 120
Hartford, Connecticut 06141

_____
**MARK R. CARTA (ct06645)**