UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARC/CONNECTICUT, ET. AL. | : | 3:01CV1871 (JBA) |
|            PLAINTIFFS | : | |
| vs. | : | |
| | : | |
| PETER H. O'MEARA, ET AL. | : | |
|            DEFENDANTS. | : | DECEMBER 2, 2003 |

## MOTION FOR ENLARGEMENT

The plaintiffs move for a two week enlargement of the time within which their Reply to Defendants' Response to Plaintiffs' Objection to Ruling on Discovery is due. Currently, the Reply is due on December 5, 2003, but plaintiffs are unable to complete their Reply brief by that date due to the demands in this and other federal lawsuits. Opposing counsel, Thomas York, Esq., has been contacted and consents to this request. This is the first enlargement of time requested with respect to this time limitation.

WHEREFORE, plaintiffs request that the time within which their Reply to Defendants' Response to Plaintiffs' Objection to Ruling on Discovery is due be enlarged from December 5, 2003 to December 19, 2003.

                                              PLAINTIFFS,

                                              By __/s/ David C. Shaw___
                                              David C. Shaw, Esq.
                                              34 Jerome Ave., Suite 210
                                              Bloomfield, CT 06002
                                              Fed. Bar No. ct05239
                                              Tel. (860) 242-1238
                                              Fax. (860) 242-1507

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on December 2, 2003:

Hugh Barber, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas B. York, Esq.
Dilworth, Paxson LLP
112 Market St., 8th Floor
Harrisburg, PA 17101

Mark R. Carta, Esq.
Rucci, Burnham, Carta
 & Edelberg, LLP
30 Old Kings Hwy. South
Darien, CT  06820

                                                    ____/s/ David C. Shaw_____
                                                    David C. Shaw, Esq.