UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, et al.,
Plaintiffs

CIVIL ACTION NO.
3:01CV1871(JBA)

v.

PETER H. O'MEARA, et al.,
Defendants

NOVEMBER 26, 2003

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiffs, by through its counsel, hereby requests an extension of 14 days, until December 10, 2003, in which to object to Ruling on Plaintiffs' Motion for Determination of the Sufficiency of Defendants' Answers and Objections to Requests for Admission and for Order Deeming Matters Admitted dated November 12, 2003 ("Ruling"). Counsel for the Defendants consent to this motion. This is the first such request sought for extension of this deadline. Good cause exists in granting this motion as Plaintiffs' counsel has only just had an opportunity to review the Magistrate/Judge's Ruling.

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

12/2/03 -- Granted until 12/10/03, absent objection  /s/ J.S.n.J.