FILED

UNITED STATES DISTRICT COURT 2 35 PM '03
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN 3:01CV1871 (JBA)

ARC/CONNECTICUT, ET. AL.
                   PLAINTIFFS         :

vs.                                :

PETER H. O'MEARA, ET AL.     :
                   DEFENDANTS.       :     DECEMBER 2, 2003

## MOTION FOR ENLARGEMENT

The plaintiffs move for a two week enlargement of the time within which their Reply to Defendants' Response to Plaintiffs' Objection to Ruling on Discovery is due. Currently, the Reply is due on December 5, 2003, but plaintiffs are unable to complete their Reply brief by that date due to the demands in this and other federal lawsuits. Opposing counsel, Thomas York, Esq., has been contacted and consents to this request. This is the first enlargement of time requested with respect to this time limitation.

WHEREFORE, plaintiffs request that the time within which their Reply to Defendants' Response to Plaintiffs' Objection to Ruling on Discovery is due be enlarged from December 5, 2003 to December 19, 2003.

PLAINTIFFS,

By _____
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Fed. Bar No. ct05239
Tel. (860) 242-1238
Fax. (860) 242-1507

12/5/03: Motion GRANTED, with consent, to and including 12/19/03.

IT IS SO ORDERED.
Dated at New Haven, Connecticut

Janet Bond Arterton, U.S.D.J.

FILED
DEC 5 3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.