UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 15, 2003

~~9:30 A.M.~~ NOON

*Held 12:10 - 3:05PM (2hr. 55min)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:01CV1871** (JBA) **ARC/CT v. O'Meara**

| | |
|---|---|
| ✓ Hugh Barber<br>Attorney General's Office<br>Health & Human Services<br>55 Elm St., Po Box 120<br>Hartford, CT 06141-0120<br>860-808-5212<br>860-808-5385 (fax)<br>hugh.barber@po.state.ct.us | Patricia A. Wilson-Coker |
| Mark R. Carta<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300 | All Plaintiffs |
| Andrew Alan Feinstein<br>Law Offices of David C. Shaw<br>34 Jerome Ave.<br>Suite 210<br>Bloomfield, CT 06002<br>860-242-1238<br>860-242-1507 (fax)<br>feinsteinandrew@sbcglobal.net | ARC, et al. |
| ✓ Thomas M. Fiorentino<br>Attorney General's Office<br>55 Elm St., PO Box 120<br>Hartford, CT 06101-0120<br>860-808-5330<br>860-808-5385 (fax) | Peter H. O'Meara |