IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 15  3:46 PM '03
U.S. DISTRICT COURT
HAVEN, CONN.

-----------------------------------------------x
ARC/CONNECTICUT, ET AL.          :    3:01 CV 1871 (JBA)

v.

PETER H. O'MEARA ET AL.          :    DATE: DEC. 15, 2003
-----------------------------------------------x

## MEMORANDUM OF CONTINUED SETTLEMENT CONFERENCE

Date of Conference:  December 15, 2003

Attorneys Present:   David C. Shaw, Esq.
                     (For Plaintiffs)

                     Hugh Barber, Esq.
                     Thomas M. Fiorentino, Esq.
                     James Welch, Esq.
                     (For Defendants)

### DISCUSSIONS

Settlement discussions were held. Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, defendants will provide a revised settlement agreement to plaintiffs **on or before December 23, 2003**, and plaintiffs will respond thereto **on or before January 2, 2004**.

2. By further agreement of counsel, a continued settlement conference will be held before this Magistrate Judge on **January 6, 2004, at 11:00 a.m.**

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

AO 72A
(Rev. 8/82)

Dated at New Haven, Connecticut, this 15th day of December, 2003.

Joan Glazer Margolis
United States Magistrate Judge

2

AO 72A
(Rev. 8/82)