IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
ARC/CONNECTICUT, ET AL.        :    3:01 CV 1871 (JBA)
:
v.                             :
:
PETER H. O'MEARA ET AL.        :    DATE: JAN. 6, 2004
:
---------------------------------------------------------x

MEMORANDUM OF CONTINUED SETTLEMENT CONFERENCE

Date of Conference:  January 6, 2004

Attorneys Present:   David C. Shaw, Esq.
                     (For Plaintiffs)

                     Hugh Barber, Esq.
                     Thomas M. Fiorentino, Esq.
                     James Welch, Esq.
                     (For Defendants)

DISCUSSIONS

Settlement discussions were held. Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before January 9, 2004**, defendants will decide whether a continued settlement conference, held between representatives of the parties (with or without counsel), would be productive; if so, such continued settlement conference shall be held **on or before January 16, 2004**.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 6th day of January, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge