UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Continued Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

January 6, 2004

11:00 A.M.

*Held 11:15 - 12:40*
*1 hr 25 mins*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:01CV1871** (JBA) **ARC/CT v. O'Meara**

| | |
|---|---|
| ✓ Hugh Barber<br>Attorney General's Office<br>Health & Human Services<br>55 Elm St., PO Box 120<br>Hartford, CT 06141-0120<br>860-808-5212<br>860-808-5385 (fax)<br>hugh.barber@po.state.ct.us | Patricia A. Wilson-Coker |
| Mark R. Carta<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300 | All Plaintiffs |
| Andrew Alan Feinstein<br>Law Offices of David C. Shaw<br>34 Jerome Ave.<br>Suite 210<br>Bloomfield, CT 06002<br>860-242-1238<br>860-242-1507 (fax)<br>feinsteinandrew@sbcglobal.net | ARC, et al. |
| ✓ Thomas M. Fiorentino<br>Attorney General's Office<br>55 Elm St., PO Box 120<br>Hartford, CT 06101-0120<br>860-808-5330<br>860-808-5385 (fax) | Peter H. O'Meara |

thomas.fiorentino@po.state.ct.us

David C. Shaw                                    ARC, et al.
Law Offices of David C. Shaw
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
860-242-1238
860-242-1507 (fax)
davidcshawatty@aol.com


Thomas B. York                                   Patricia A. Wilson-Coker
Dilworth Paxson                                  Peter H. O'Meara
112 Market Street
8th Floor
Harrisburg, PA 17101
717-236-4812


*Jim Welsh, AAG*                                 BY ORDER OF THE COURT
                                                 KEVIN F. ROWE, CLERK