UNITED STATES DISTRICT COURT  EXHIBIT A
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, ET. AL. | : |
| | :   3:01CV1871 (JBA) |
| PLAINTIFFS | : |
| vs. | : |
| | : |
| PETER H. O'MEARA, ET AL. | : |
| | : |
| DEFENDANTS. | :   JANUARY 7, 2004 |

**PROPOSED NOTICE TO GUARDIANS/FAMILY OF PERSONS
ON THE DMR RESIDENTIAL WAITING AND PLANNING LISTS**

A class action lawsuit has been filed in the United States District Court in New Haven, Connecticut that alleges that there are inadequate residential support services for clients of the Connecticut Department of Mental Retardation. The lawsuit alleges, among other things, that the Connecticut Department of Mental Retardation ("DMR") has not informed persons on the DMR Residential Waiting and Planning Lists of the availability of funding under Connecticut's Home and Community Based Waiver program to meet their need for residential and/or program supports. The lawsuit also alleges that the Departments of Mental Retardation and Social Services ("DSS") have violated federal law by not allowing DMR clients to apply for Home and Community Based Waiver funding or to request a fair hearing to challenge the denial of funding necessary to address the needs of their disabled family member. In addition, the lawsuit asserts that DMR and DSS base the level of funding they provide to families under the Waiver on the level of support that is already available in the DMR system rather than on the level of support

the DMR client actually needs.  Plaintiffs also claim that DMR and DSS violate the federal law by prohibiting DMR clients who are unnecessarily institutionalized from applying for Waiver funding as long as they live in a state institution or nursing home.  The defendants deny these allegations.

The federal Court has recently certified the case as a class action and has authorized discovery of all DMR clients on the DMR Residential Waiting List and the DMR Planning List.  The next step in the case is for the plaintiffs' experts to conduct discovery into how the Waiver program is administered in Connecticut.  This discovery will include a review by plaintiffs' experts of the programming and support services that have been made available to a sample of approximately 250 clients selected from the DMR Residential Waiting and Planning Lists.

As the guardian or family member of one of the DMR clients on the DMR Residential Waiting List or DMR Planning List, your name, address and telephone number may be disclosed to plaintiffs' experts during the discovery process.  That information is protected by a Protective Order entered by the federal court.

It is also possible that your ward or family member may be selected for closer review by plaintiffs' experts.  If he/she is selected the plaintiffs' experts will be contacting you to discuss what you have been told about the Waiver program and whether your family member/ward's needs have been appropriately assessed and addressed by DMR.  Any information discussed during these interviews will be strictly protected from disclosure by a Protective Order entered by the federal court.  You, of course, have the right to refuse to be interviewed by the experts.  If

you have any questions about the lawsuit or about the Waiver program, please contact the attorney for the Plaintiff Class, David C. Shaw, Esq. at 860-242-1238.

Please indicate by filling out the enclosed forms whether you agree to have information about you disclosed during discovery and whether you will agree to talk with plaintiffs' experts if your ward/family member is selected for closer review by plaintiffs' experts. Please mail your response to David C. Shaw, Esq., Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut 06002.

Plaintiffs' experts will be visiting Connecticut in the next four to six weeks. You may also indicate your willingness to be interviewed or not interviewed when you are contacted by those experts.

                BY THE COURT,

                _____
                United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARC/CONNECTICUT, ET. AL. | : | 3:01CV1871 (JBA) |
| PLAINTIFFS | : | |
| vs. | : | |
| | : | |
| PETER H. O'MEARA, ET AL. | : | |
| DEFENDANTS. | : | JANUARY 7, 2004 |

**PROPOSED CONSENT TO RELEASE OF INFORMATION
TO PLAINTIFFS' EXPERTS**

I, _____, consent to participate in an interview with plaintiffs' experts in *Arc/Connecticut, et al. v. Peter H. O'Meara, et al.*, Civil Action No. 3:01CV1871 (JBA).

_____
Signature of Guardian/Family Member

_____
Printed Name of Guardian/Family Member

_____
Name of Ward Represented by
Guardian/Family Member

_____
_____
Address of Guardian/Family Member

_____
Telephone No. of Guardian/Family Member

**OR**

I, _____ do not consent to participate in an interview with plaintiff's experts in *Arc/Connecticut et al. v. Peter H. O'Meara, et al.*, Civil Action No. 3:01CV1871 (JBA).

_____
Signature of Guardian/Family Member

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARC/CONNECTICUT, ET. AL. | : | 3:01CV1871 (JBA) |
| PLAINTIFFS | : | |
| vs. | : | |
| | : | |
| PETER H. O'MEARA, ET AL. | : | |
| DEFENDANTS. | : | JANUARY 7, 2004 |

### PROPOSED CONSENT TO RELEASE OF INFORMATION TO PLAINTIFFS' EXPERTS

I, _____, consent to the release of my name, address and telephone number to plaintiffs' experts during discovery in *Arc/Connecticut, et al. v. Peter H. O'Meara, et al.*, Civil Action No. 3:01CV1871 (JBA).

_____
Signature of Guardian/Family Member

_____
Printed Name of Guardian/Family Member

_____
Name of Ward Represented by
Guardian/Family Member

_____
_____
Address of Guardian/Family Member

_____
Telephone No. of Guardian/Family Member

**OR**

I, _____ do not consent to the release my name, address or telephone number to plaintiffs' experts during discovery in *Arc/Connecticut et al. v. Peter H. O'Meara, et al.*, Civil Action No. 3:01CV1871 (JBA).

_____
Signature of Guardian/Family Member