UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARC/CONNECTICUT, et al., | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV1871 (JBA) |
| | : | |
| v. | : | |
| | : | |
| PETER H. O'MEARA, et al., | : | |
| Defendants | : | |
| | : | January 20, 2004 |

DEFENDANTS' SECOND MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS

Defendants respectfully request an enlargement of time in which to prepare and serve responses to Plaintiffs' Second Request for Admissions, until January 28, 2004, and in support aver the following:

1. Plaintiffs served their Second Request for Admissions on December 19, 2003 (by first class mail).

2. On January 9, 2004, Defendants' filed an Uncontested Motion for Enlargement of Time to Respond to Plaintiffs' Second Request for Admissions until January 21, 2003 (which would have allowed the Defendants only the 30 days prescribed by Fed. R. Civ. P. 36).

3. Defendants have been diligently working on their responses to Plaintiffs' Second Request for Admissions, but do not believe they can complete and serve their responses by January 21, 2004 for several reasons.

4. The Plaintiffs' Second Request for Admissions contains many new Requests and totals 114 Requests.

1

5.  In addition, Defendants' ability to respond within the current time period is complicated by the fact that Plaintiffs fail to provide *any* citations to deposition testimony or documents, such as were provided for almost all of Plaintiffs original Requests.

6.  Defendants' ability to prepare responses to the Second Request for Admissions has also been delayed by the observance of Martin Luther King Day, which intervened during the enlargement period and resulted in the unavailability of most state employees.

7.  Information from various state employees is necessary for completion of the responses. Those employees have been busy collecting the necessary information, but have been unable to complete this task.

8.  As pointed out in Defendants' first request for an extension of time, on December 31, 2003, the Defendants' counsel wrote to Plaintiffs' counsel requesting clarification, supplementation, or modification of various requests to "facilitate responses that are more timely and subject to less qualifications." To date, Defendants have not received such clarification.

9.  Defendants' counsel left a message for Plaintiffs' counsel concerning this motion at approximately 3:00 p.m. on January 20, 2004. By the end of the business day (5:00 p.m.), Mr. Shaw had not responded.

10. This is Defendants' second request to enlarge the time for responding to Plaintiffs' Second Request for Admissions. (The first request only requested the 30-day period for response as envisioned by Fed. R. Civ. P. 36.)