*1/26/04: Motion GRANTED. A telephonic scheduling conference will be held February 05, 2004 at 3:00 p.m. Attorney Shaw shall initiate the conference call.*

*IT IS SO ORDERED.*
*Dated at New Haven, Connecticut.*

*Janet Bond Arterton, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, ET. AL. : | 3:01CV1871 (JBA) |
| PLAINTIFFS : | |
| vs. : | |
| PETER H. O'MEARA, ET AL. : | |
| DEFENDANTS. : | JANUARY 7, 2004 |

## MOTION FOR SCHEDULING CONFERENCE

The plaintiffs and defendants move for a Scheduling Conference to establish a schedule for the completion of all pretrial activities and to resolve the disputes over the Proposed Scheduling Order. A Proposed Scheduling Order and Notice to Guardians/Family are attached for the Court's consideration. In support of this motion the plaintiffs represent the following:

1. The parties join in this request for a Scheduling Conference to establish a Scheduling Order governing the remainder of the pretrial discovery, and to resolve the outstanding discovery disputes.

2. Many of the discovery deadlines established by the Scheduling Order entered on July 29, 2003 have expired. The plaintiffs did not disclose the opinions of their experts by August 2, 2003 as required by the Discovery Order because the names of DMR clients on the DMR Residential Waiting and Planning Lists had not been disclosed pending the final resolution of