**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARC/CONNECTICUT, et al., | : | CIVIL ACTION NO. |
| **Plaintiffs** | : | 3:01CV1871 (JBA) |
| | : | |
| v. | : | |
| | : | |
| PETER H. O'MEARA, et al., | : | |
| **Defendants** | : | |
| | : | February 2, 2004 |

**DEFENDANTS' MOTION FOR ENLARGEMENT**
**OF TIME TO RESPOND TO PLAINTIFFS'**
**MOTION FOR SCHEDULING ORDER**

Defendants respectfully request an enlargement of time in which to prepare and serve

responses to Plaintiffs' Motion for Scheduling Order, until February 4, 2004, and in support aver

the following:

1.    Plaintiffs served their Motion for Scheduling Order on January 7, 2004 (by first

class mail).

2.    The Court ordered and scheduled a conference for February 5, 2004.

3.    Although no response to Plaintiffs' Motion for Scheduling Order is necessary, in

an abundance of caution Defendants wish to provide the Court with a preview of their position,

which is consistent with the attached letter addressed to Plaintiffs' counsel.

4.    Because of recent inclement weather and other legal obligations that have

unexpectedly arisen, Defendants do not believe they can complete and serve their responses to

Plaintiffs' Motion for Scheduling Order by February 3, 2004.

1

*[Handwritten left margin, top:]* 2/10 Motion GRANTED. A scheduling order will enter following the telephonic scheduling conference set down for 2/5/04 at

*[Handwritten left margin, signature:]* Janet Bond Arterton, U.S.D.J.

*[Handwritten left margin, bottom:]* 2/4/04: 3:00 p.m. IT IS SO ORDERED. Dated at New Haven, Connecticut.

*[Stamp:]* 01 1871