UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC  :

v.  : NO. 3:01cv1871 (JBA)

O'MEARA  :

FILED
FEB 13  8 51 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 2/5/04, the following schedule is ordered:

1. Plaintiffs' expert reports will be disclosed by 5/1/04; and they will be deposed by 6/1/04.

2. Defendant's expert reports will be disclosed by 8/2/04; and they will be deposed by 9/1/04.

3. Plaintiffs' supplemental expert reports will be disclosed by 9/15/04; and depositions will be completed by 10/1/04. Defendant's supplemental expert reports will be disclosed by 10/15/04; and depositions will be completed by 10/21/04.

4. All discovery will close 10/29/04.

5. Dispositive motions will be filed by 4/19/04. No additional pre-filing conference is required.

6. This matter will be trial ready 11/1/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **February 06, 2004**