UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAR 4  10 26 AM '04

US DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ARC/CONNECTICUT, et al.,<br>    Plaintiffs | CIVIL ACTION NO.<br>3:01CV1871 (JBA) |
| v. | |
| PETER H. O'MEARA, et al.,<br>    Defendants | |
| | March 3, 2004 |

### DEFENDANTS' MOTION TO RESPOND TO PLAINTIFFS' OBJECTION TO LETTER-BRIEF OF DEFENDANTS

Defendants respectfully request until March 9, 2004 to prepare and serve a response to Plaintiffs' Objection to Letter-Brief of Defendants and in support aver the following:

1. On February 5, 2004 during a Status Conference, the Court requested that Defendants provide the Court with Connecticut law affecting the privacy rights of class members and guardians.

2. The Defendants submitted the requested legal authority in a letter to the Court dated February 11, 2004.

3. Plaintiffs' counsel did not object to the Court's request for this authority at any time during the Status Conference.

4. On February 12, 2004, Plaintiffs served an Objection to Letter-Brief of Defendants (by first class mail).

5. On that date, the Defendants' copy of Plaintiffs' Objection was mailed to the Defendants' former address, 305 N. Front Street, Suite 403, Harrisburg, PA 17101.

6. Since December 20, 2002, Defendants' offices have been located at 112 Market Street, 8th Floor, Harrisburg, PA 17101.

7. The United States Post Office corrected the address and forwarded the Plaintiffs' Objection to the Defendants' current address.

8. Defendants' received Plaintiffs' Objection on February 26, 2004.

9. On March 3, 2004, Defendants' counsel was unavailable due to a hearing in a similar case in Florida, Prado-Steiman, et al. v. Bush, et al., 98-6496 CIV-SEITZ.

10. Defendants' counsel requires at least 7 business days to review Plaintiffs' Objection, check the citations, analyze the arguments, and discuss the issues with Defendants.

11. Defendants' counsel contacted Plaintiffs' counsel, David Shaw, Esq., regarding this request. He indicated that the Plaintiffs would not oppose it.

12. This is Defendants' first request for time to respond to Plaintiffs' Objection to Letter-Brief of Defendants.

WHEREFORE, the Defendants request an enlargement of time until **March 9, 2004** to prepare and serve their responses to Plaintiffs' Objection to Letter-Brief of Defendants.

Respectfully submitted,
DILWORTH PAXSON LLP

Thomas B. York
Fed. Bar No. ct 17663
Donald B. Zaycosky
112 Market Street, 8th Floor
Harrisburg, PA 17101
Tel.: (717) 236-4812

Attorneys for the Defendants

21734_1

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via facsimile and also via first-class, postage-prepaid mail on this 3rd day of March, 2004 on the following individuals:

David C. Shaw, Esq.
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

Hugh Barber, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120 (55 Elm Street)
Hartford, CT 06141-0120

Thomas Fiorentino, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120 (55 Elm Street)
Hartford, CT 06141-0120

Mark Carta, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South, P.O. Box 1107
Darien, CT 06820

James P. Welsh, Esq.
Director, Legal & Government Affairs
CT Dept. of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

_____
Thomas B. York

21734_1