UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, et al.,<br>Plaintiffs | CIVIL ACTION NO.<br>3:01CV1871 (JBA) |
| v. | |
| PETER H. O'MEARA, et al.,<br>Defendants | |
| | January 20, 2004 |

### DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS

Defendants respectfully request an enlargement of time in which to prepare and serve responses to Plaintiffs' Second Request for Admissions, until January 28, 2004, and in support aver the following:

1. Plaintiffs served their Second Request for Admissions on December 19, 2003 (by first class mail).

2. On January 9, 2004, Defendants' filed an Uncontested Motion for Enlargement of Time to Respond to Plaintiffs' Second Request for Admissions until January 21, 2003 (which would have allowed the Defendants only the 30 days prescribed by Fed. R. Civ. P. 36).

3. Defendants have been diligently working on their responses to Plaintiffs' Second Request for Admissions, but do not believe they can complete and serve their responses by January 21, 2004 for several reasons.

4. The Plaintiffs' Second Request for Admissions contains many new Requests and totals 114 Requests.

- 1

Motion for Enlargement of Time to Respond (2)1