UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, et al.,<br>Plaintiffs | CIVIL ACTION NO.<br>3:01CV1871 (JBA) |
| v. | |
| PETER H. O'MEARA, et al.,<br>Defendants | |
| | January 9, 2004 |

### DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS

Defendants respectfully request an enlargement of time in which to prepare and serve responses to Plaintiffs' Second Request for Admissions, until January 21, 2004, and in support aver the following:

1. Plaintiffs initially served 141 Requests for Admissions on January 29, 2003.

2. After Defendants filed answers and objections, Plaintiffs filed a Motion for Determination of The Sufficiency of Defendants' Answers and Objections to Requests for Admission and for Order Deeming Matters Admitted on or about July 21, 2003 ("Plaintiffs' Motion").

3. After briefing by the parties, the Court, per Magistrate Judge Margolis, issued a Ruling on Plaintiffs' Motion, dated November 12, 2003 (the "Ruling").

4. The Ruling determined, *inter alia*, that eighteen (18) of Plaintiffs' Requests were "so vaguely worded as to be unclear in meaning" and directed Plaintiffs to rewrite these requests or withdraw them. In addition, the Ruling found that ten (10) Requests "misconstrue[d],

523614_1                                1