UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, et al.,
    Plaintiffs

v.

PETER H. O'MEARA, et al.,
    Defendants

CIVIL ACTION NO.
3:01CV1871(JBA)

DECEMBER 9, 2003

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiffs, by through its counsel, hereby requests an extension of 9 days, until December 19, 2003, in which to object to Ruling on Plaintiffs' Motion for Determination of the Sufficiency of Defendants' Answers and Objections to Requests for Admission and for Order Deeming Matters Admitted dated November 12, 2003 ("Ruling"). Counsel for the Defendants consent to this motion. This is the second such request sought for extension of this deadline. Good cause exists in granting this motion.

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**