UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 4 10 26 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ARC/CONNECTICUT, et al., Plaintiffs : CIVIL ACTION NO. 3:01CV1871 (JBA)

v.

PETER H. O'MEARA, et al., Defendants : March 3, 2004

**DEFENDANTS' MOTION TO RESPOND TO PLAINTIFFS' OBJECTION TO LETTER-BRIEF OF DEFENDANTS**

Defendants respectfully request until March 9, 2004 to prepare and serve a response to Plaintiffs' Objection to Letter-Brief of Defendants and in support aver the following:

1. On February 5, 2004 during a Status Conference, the Court requested that Defendants provide the Court with Connecticut law affecting the privacy rights of class members and guardians.

2. The Defendants submitted the requested legal authority in a letter to the Court dated February 11, 2004.

3. Plaintiffs' counsel did not object to the Court's request for this authority at any time during the Status Conference.

4. On February 12, 2004, Plaintiffs served an Objection to Letter-Brief of Defendants (by first class mail).

5. On that date, the Defendants' copy of Plaintiffs' Objection was mailed to the Defendants' former address, 305 N. Front Street, Suite 403, Harrisburg, PA 17101.

3/8/04: Motion GRANTED, absent objection, to and including 3/9/04.
IT IS SO ORDERED.
Janet Bond Arterton, U.S.D.J.
Dated at New Haven, Connecticut.

FILED
MAR 19 3 55 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

21734_1