IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
: 
ARC/CONNECTICUT, ET AL.            :   3:01 CV 1871 (JBA)
:
:
v.                                 :
:
:
PETER H. O'MEARA ET AL.            :   DATE: APR. 15, 2004
:
---------------------------------------------------------x

SUPPLEMENTAL SCHEDULING ORDER

In accordance with the Unopposed Motion for Modification of the Scheduling Order, filed April 13, 2004 (Dkt. #223), the Scheduling Order, filed February 13, 2004 (Dkt. #214), is hereby modified as follows:

1. Plaintiffs will serve their expert reports on defendants by **June 15, 2004**; and plaintiffs' expert(s) shall be deposed by **July 15, 2004**.

2. Defendants will serve their expert reports on plaintiffs by **September 16, 2004**; and defendants' expert(s) shall be deposed by **October 18, 2004**.

3. Plaintiffs' supplemental expert reports will be served on defendants by **November 1, 2004**; and plaintiffs' supplemental expert(s) shall be deposed by **November 15, 2004**.

4. Defendants' supplemental expert reports will be served on plaintiffs by **November 29, 2004**; and defendants' supplemental expert(s) shall be deposed by **December 13, 2004**.

5. All discovery will close by **December 20, 2004**.

6. All motions for summary judgment will be filed by **June 3, 2004**. This matter will be deemed trial ready **December 27, 2004**.

Dated at New Haven, Connecticut, this 15th day of April, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge