UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Apr 19  11 01 AM '04

| | |
|---|---|
| ARC/CONNECTICUT, et al.,<br>Plaintiffs | CIVIL ACTION NO.<br>3:01CV1871 (JBA) |
| v. | |
| PETER H. O'MEARA, et al.,<br>Defendants | |
| | April 16, 2004 |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendants respectfully request an extension of forty-five (45) days to file their dispositive motions, and aver the following:

1. Pursuant to the current scheduling order dated February 6, 2004, the deadline for filing dispositive motions is April 19, 2004.

2. Plaintiffs' counsel, David Shaw, Esquire, indicated to Defendants' counsel that Plaintiffs would be requesting an extension of forty-five (45) days to the discovery schedule.

3. The discovery process and the sharing of information is taking longer than expected.

4. Due to complicated legal issues presented by the intended dispositive motions, due to a hearing scheduled for April 28-29, 2004 before Hon. Ellen Bree Burns in another matter and due to other legal commitments, the Defendants require additional time to file their dispositive motions.

21872_1

1

5. The Defendants request an additional forty-five (45) days to file their dispositive motions to coordinate with Plaintiffs' counsel's request to extend the entire discovery schedule for forty-five (45) days.

6. Plaintiffs' counsel does not oppose this request.

7. This is the Defendants' first request for an extension of time to file dispositive motions.

WHEREFORE, the Defendants request an extension of time until June 3, 2004 to file their dispositive motions.

Respectfully submitted,
DILWORTH PAXSON LLP


*/s/ Thomas B. York*
Thomas B. York
Fed. Bar No. ct 17663
112 Market Street, 8th Floor
Harrisburg, PA 17101
Tel.: (717) 236-4812

Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via facsimile and first-class, postage-prepaid mail on this __16th__ day of __April__ 2004, on the following individuals:

David C. Shaw, Esq.
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

Hugh Barber, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Thomas Fiorentino, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Mark Carta, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South, P.O. Box 1107
Darien, CT 06820

James P. Welsh, Esq.
Director, Legal & Government Affairs
CT Dept. of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

_____
Thomas B. York

21872_1