UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC                          :
                             :    NO. 3:01cv1871(JBA)
v.                           :
                             :
O'MEARA                      :

FILED
4 09 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #226]

Motion for Modification of the Scheduling Order [doc. #226] is GRANTED, <u>in part</u> and absent objection, as follows:

1. Plaintiffs' expert reports will be disclosed by 7/15/04; and they will be deposed by 8/15/04.

2. Defendant's expert reports will be disclosed by 10/16/04; and
   they will be deposed by 11/18/04.

3. Plaintiffs' supplemental expert reports will be disclosed by 12/1/04; and depositions will be completed by 12/15/04. Defendant's supplemental expert reports will be disclosed by 12/29/04; and depositions will be completed by 1/13/05.

4. All discovery will close 1/20/05.

5. Dispositive motions will be filed by 7/3/04. No additional pre-filing conference is required.

6. This matter will be trial ready 1/27/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: <u>June 04, 2004</u>