IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
ARC/CONNECTICUT, ET AL.        :     3:01 CV 1871 (JBA)
:
v.                             :
:
PETER H. O'MEARA ET AL.        :     DATE: JUNE 29, 2004
:
---------------------------------------------------------x

SUPPLEMENTAL SCHEDULING ORDER

The Endorsement Order, filed June 14, 2004 (Dkt. #227), is hereby modified as follows:

1. Plaintiffs' expert report(s) will be disclosed by **September 1, 2004**, and plaintiffs' expert(s) will be deposed by **October 1, 2004**.

2. Defendants' expert report(s) will be disclosed by **December 1, 2004**, and defendants' expert(s) will be deposed by **December 31, 2004**.

3. Plaintiffs' supplemental expert report(s) will be disclosed by **January 17, 2005**, and plaintiffs' supplemental expert(s) shall be deposed by **January 31, 2005**.

4. Defendants' supplemental expert report(s) will be disclosed by **February 14, 2005**, and defendants' supplemental expert(s) shall be deposed by **February 28, 2005**.

5. All discovery will close by **March 7, 2005**.

6. This matter will be deemed trial ready **March 14, 2005**.

Dated at New Haven, Connecticut, this 29th day of June, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge