UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARC/CONNECTICUT, et al., <br> Plaintiffs | : <br> : <br> : | CIVIL ACTION NO. <br> 3:01CV1871 (JBA) |
| v. | : <br> : | |
| PETER H. O'MEARA, et al., <br> Defendants | : <br> : <br> : <br> : | July 2, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants respectfully request an enlargement of time in which to prepare and serve any dispositive motions, until August 3, 2004, and in support aver the following:

1. On June 4, 2004, the Court issued an Order modifying the scheduling order in this case.

2. Defendants' counsel did not receive a copy of this Order until June 18, 2004.

3. According to that order, dispositive motions are required to be filed by July 3, 2004.

4. The Plaintiffs' counsel had requested that dispositive motions not be due until August 15, 2004 and Defendants' counsel was not aware of the Court's earlier deadline until June 18, 2004.

5. On July 2, 2004, the Court issued a Supplemental Scheduling Order further modifying the deadlines.

6. The July 2, 2004 order set March 14, 2005 as the date for this matter to be trial ready.

21616_1

7. The July 2, 2004 order did not modify the deadline for filing any dispositive motions.

8. Because July 3, 2004 is a Saturday and due to the Fourth of July holiday, the Defendants calculate that dispositive motions are required to be filed by Tuesday, July 6, 2004.

9. Defendants' counsels have been diligently working on a dispositive motion, but due to other legal commitments they cannot complete and serve this motion by July 6, 2004.

10. Due to medical testing, one of Defendants' attorneys assisting in drafting the dispositive motion, Steven B. Goodman, Esquire, has had limited availability to complete his work on this project. Some of his tasks have been unexpectedly reassigned to other legal counsel.

11. Defendants' counsel contacted Plaintiffs' counsel concerning this motion. Plaintiffs' counsel indicated that he would not oppose this motion.

12. This is Defendants' first request to enlarge the time for filing any dispositive motions.

WHEREFORE, the Defendants request an enlargement of time until **August 3, 2004** to prepare and serve any dispositive motions.

Respectfully submitted,
DILWORTH PAXSON LLP


Thomas B. York
Fed. Bar No. ct 17663
Steven B. Goodman
112 Market Street, 8th Floor
Harrisburg, PA 17101
Tel.: (717) 236-4812

Attorneys for the Defendants

21616_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via facsimile and also via first-class, postage-prepaid mail on this ___2nd___ of July, 2004 on the following individuals:

>David C. Shaw, Esq.
>34 Jerome Ave.
>Suite 210
>Bloomfield, CT 06002
>
>Hugh Barber, Esq.
>Assistant Attorney General
>Office of the Attorney General
>P.O. Box 120 (55 Elm Street)
>Hartford, CT 06141-0120
>
>Thomas Fiorentino, Esq.
>Assistant Attorney General
>Office of the Attorney General
>P.O. Box 120 (55 Elm Street)
>Hartford, CT 06141-0120
>
>Mark Carta, Esq.
>Rucci, Burnham, Carta & Edelberg, LLP
>30 Old Kings Highway South, P.O. Box 1107
>Darien, CT 06820
>
>James P. Welsh, Esq.
>Director, Legal & Government Affairs
>CT Dept. of Mental Retardation
>460 Capitol Avenue
>Hartford, CT 06106

_____
Thomas B. York

21616_1