UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARC/CONNECTICUT, et al., | : | CIVIL ACTION NO. |
|     Plaintiffs | : | 3:01CV1871 (JBA) |
| | : | |
| v. | : | |
| | : | |
| PETER H. O'MEARA, et al., | : | |
|     Defendants | : | |
| | : | August 2, 2004 |
| | : | |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTIONS**

Defendants respectfully request a second enlargement of time in which to prepare and serve any dispositive motions, until August 17, 2004, and in support aver the following:

1. On June 4, 2004, the Court issued an Order modifying the scheduling order in this case. According to that order, dispositive motions were required to be filed by July 3, 2004.

2. On June 29, 2004, the Court issued a Supplemental Scheduling Order further modifying the deadlines. That order did not modify the deadline for filing dispositive motions.

3. On July 2, 2004, the Defendants filed a motion for enlargement of time to file dispositive motions until August 3, 2004.

4. The parties are still discussing settlement and believe that a final decision by the parties on settlement will be made within the next few weeks. If the case is settled, any dispositive motions will be unnecessary.

5. Since the new trial date, pursuant to the Order dated June 29, 2004, is set for March 14, 2005, this extension of time until August 17, 2004 will still allow almost seven (7) months for the Court to rule on dispositive motions.

22184_1

6.     Defendants' counsel contacted Plaintiffs' counsel, David Shaw, Esquire, regarding this motion.  Plaintiffs' counsel indicated that he would not oppose this motion.

7.     This is Defendants' second request to enlarge the time for filing any dispositive motions.

WHEREFORE, the Defendants request an enlargement of time until **August 17, 2004** to prepare and serve any dispositive motions.

Respectfully submitted,
DILWORTH PAXSON LLP

_____

Thomas B. York
Fed. Bar No. ct 17663
112 Market Street, 8th Floor
Harrisburg, PA 17101
Tel.: (717) 236-4812

Attorney for the Defendants

22184_1

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via facsimile and also via first-class, postage-prepaid mail on this _____ of August, 2004 on the following individuals:

David C. Shaw, Esq.
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

Hugh Barber, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120 (55 Elm Street)
Hartford, CT 06141-0120

Thomas Fiorentino, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120 (55 Elm Street)
Hartford, CT 06141-0120

Mark Carta, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South, P.O. Box 1107
Darien, CT 06820

James P. Welsh, Esq.
Director, Legal & Government Affairs
CT Dept. of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

_____
Thomas B. York