**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ARC** | : |
| **v.** | :   **NO. 3:01cv1871 (JBA)** |
| **O'MEARA** | : |

### ENDORSEMENT ORDER [DOC. #235]

Motion for Enlargement of Time to File Dispositive Motions [doc. #235] is GRANTED, for good cause shown, to and including 8/17/04.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: August 04, 2004**