UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OTIS ELEVATOR COMPANY,<br><br>Plaintiff,<br><br>VS.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 303CV1231 (JBA)<br><br>**DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

### DEFENDANT FACTORY MUTUAL'S MOTION FOR SUMMARY JUDGMENT

TO:   Otis Elevator Company by and through its attorneys Day, Berry & Howard LLP, CityPlace I, Hartford, CT 06103-3499

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and as there are no disputed material facts, Defendant Factory Mutual Insurance Company respectfully moves this Court for an order dismissing all claims brought against it by Plaintiff Otis Elevator Company.

This Motion is based on the Local Rule 56(a)(1) Statement, the Memorandum of Law and authorities cited therein, and the arguments of counsel.

**ORAL ARGUMENT REQUESTED**

Date: Aug. 16, 2004

_____
Thomas B. Caswell (ct25885)
Mark J. Feinberg (ct25155)
Christopher R. Paar (ct25156)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
500 Washington Ave. South, Suite 4000
Minneapolis, MN 55415
Telephone (612) 339-2020

and

Stuart G. Blackburn
Two Concord Way
P.O. Box 3216
Windsor Locks, CT 06096-3216
Telephone (860) 292-1116

**ATTORNEYS FOR DEFENDANT FACTORY MUTUAL INSURANCE COMPANY**