IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
                                                           :
ARC/CONNECTICUT, ET AL.              :   3:01 CV 1871 (JBA)
                                                           :
                                                           :
v.                                                       :
                                                           :
                                                           :
PETER H. O'MEARA ET AL.              :   DATE: AUGUST 30, 2004
                                                           :
-----------------------------------------------------------x

## ORDER

In light of the pending settlement discussions, plaintiffs' brief in opposition to defendants' Motion for Judgment as a Matter of Law, filed August 17, 2004 (Dkt. #237) shall be filed **on or before October 29, 2004**.

Dated at New Haven, Connecticut, this 30th day of August, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge