246

Dis

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| ARC | : | 2005 MAR 31 A 9: 52 |
| v. | : | NO. 3:01cv1871 (JBA) DISTRICT COURT |
| O'MEARA | : | NEW HAVEN, CT |

B

### ORDER OF DISMISSAL

This case is being administratively closed pending the completion of notice to class members following Connecticut General Assembly's approval of the parties' settlement agreement.  This matter will be restored to the active docket for a fairness hearing following the parties' notification to the Court that the stipulated class notice has been successfully completed in all respects.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    March 31, 2005