246

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Dis

FILED

2005 MAR 31  A 9: 52

U.S. DISTRICT COURT
NEW HAVEN, CT

ARC                  :

v.                   :          NO. 3:01cv1871 (JBA)

O'MEARA              :

## ORDER OF DISMISSAL

This case is being administratively closed pending the completion of notice to class members following Connecticut General Assembly's approval of the parties' settlement agreement. This matter will be restored to the active docket for a fairness hearing following the parties' notification to the Court that the stipulated class notice has been successfully completed in all respects.

IT IS SO ORDERED.

/s/ Janet Bond Arterton
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    **March 31, 2005**