UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, ET. AL.    :
                            :    3:01CV1871 (JBA)
          PLAINTIFFS        :
vs.                         :
                            :
PETER H. O'MEARA, ET AL.    :
                            :
          DEFENDANTS.       :

## PROPOSED ORDER

The Court, after reviewing the Settlement Agreement negotiated by the parties as well as the Notice of Settlement that has been agreed upon by the parties, finds preliminarily that the Settlement Agreement is a fair and reasonable resolution of the issues raised by this lawsuit. The Court also enters the following orders relating to providing notice of the Settlement to the class and of the process through which a final determination will be made as to whether the Settlement Agreement will be approved and entered by the Court:

1. The content of the Notice of Settlement agreed to by the parties is hereby approved.

2. Defendants are ordered to notify each class member of the Settlement by:
1) mailing a copy of the attached Notice of Settlement with the DMR Newsletter to each DMR client (and his/her parent/or guardian) who is currently enrolled in the Waiver program and to each additional DMR client who was listed on the DMR Residential Waiting or Planning Lists as of October 2, 2001 or have been added to those lists at any time subsequent; and 2) publishing the attached Notice of Settlement on one occasion in the Hartford Courant, New

3

Haven Register, Waterbury Republican, New London Day, Connecticut Post, and Stamford Advocate.

    3. Defendants are ordered to certify to the Court as to the manner in which the notification process was completed.

    The District Court will receive written comments from interested persons until May 5, 2005. Written comments should be addressed to:

> The Honorable Joan Margolis
> United States Magistrate Judge
> United States District Court, District of Connecticut
> 141 Church Street
> New Haven, CT 06505

    A fairness hearing will be held on May 19, 2005 at 10:00 a.m. in Courtroom 2, United States District Court, 141 Church St., New Haven, Connecticut to consider comments and objections to the Settlement Agreement and to determine whether the Settlement will be approved and entered as a fair and reasonable resolution of the lawsuit for the class.

                                                          BY THE COURT,

                                                   Hon. Janet Arterton
                                                   United States District Judge