# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, ET AL.      :      3:01CV1871(JBA)(JGM)
    *Plaintiffs*            :

v.                      :

PETER H. O'MEARA, ET AL.     :
    *Defendants*           :      MAY 10, 2005

## DEFENDANTS' CERTIFICATION OF
## NOTIFICATION PROCESS

The undersigned hereby certifies on behalf of the Defendants in the above-captioned case the following publication and distribution of the <u>Notice of Settlement Agreement Resolving Pending Class Action</u>. This Notice was signed by United States Magistrate Judge Joan G. Margolis on April 1, 2005:

1. The Court-approved Notice was published in the Spring 2005 edition of the Department of Mental Retardation (DMR) newsletter, "Direct to Families". The newsletter was mailed to more than 14,000 addresses, families and DMR clients on or about April 22, 2005. *See,* Attachment A, hereto, in English and Spanish.

2. The Court-approved Notice was published in the following Connecticut Newspapers on April 22, 2005: *Hartford Courant, New Haven Register, Waterbury Republican, New London Day, Connecticut Post, and Stamford Advocate. See,* Attachment B, hereto, includes copies and publisher affidavits.

3. The Court-approved Notice was posted on the DMR website, with a link to the full text of the Settlement Agreement, on April 13, 2005 and has been so maintained. Attachment C, hereto, provides the relevant pages from the DMR website.

The foregoing statements are true and accurate to the best of my knowledge and belief.

*[signature]*    Date: 5-10-05
James P. Welsh, Director
Department of Mental Retardation
Legal & Government Affairs
Federal Bar No. ct05240