# United States District Court

DISTRICT OF Connecticut

ARC, et al
v.
Peter O'Meara, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV1871(JBA)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Shaw | Barber |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/19/05 | Montini | Jefferson |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | ✓ | | | Margaret Dignoti, W. Htfd. |
| A | | | | | Copy of Settlement Agreement |
| B | | | | | Copy of Faxed transmittals |
| C | | | | | Declaration of David Shaw |
| ✓ | | ✓ | | | Dr. Sue A. Gant, Hawarden, IA. (Expert) |
| ✓ | | ✓ | | | Chris Pratt, Southbury |
| | ✓ | ✓ | | | James Welsh, Windsor, Ct. |

United States District Court
District of Connecticut
FILED AT  NEW HAVEN
5/19/05
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages