UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, ET. AL. : | |
| : | 3:01CV1871 (JBA) |
| PLAINTIFFS : | |
| vs. : | |
| : | |
| PETER H. O'MEARA, ET AL. : | |
| : | |
| DEFENDANTS. : | MAY 25, 2005 |

### NOTICE OF FILING

The plaintiffs hereby submit a proposed Order of Dismissal in accordance with the instructions of the Court during the Fairness Hearing on May 19, 2005. This proposed Order has been agreed upon by all counsel and reflects the agreement of the parties that the Court shall retain limited jurisdiction over the Settlement Agreement during the implementation period, following an administrative dismissal by the Court. *See, Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 380-81 (1994).

PLAINTIFFS,

By /s/ *David C. Shaw*
David C. Shaw, Esq.    Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email   dcshaw@cttel.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARC/CONNECTICUT, ET. AL.         :
                                 :    3:01CV1871 (JBA)
            PLAINTIFFS           :
    vs.                          :
                                 :
PETER H. O'MEARA, ET AL.         :
                                 :
            DEFENDANTS.          :    MAY    , 2005

## **ORDER OF DISMISSAL**

The Court, having approved the Settlement Agreement during the Fairness Hearing on May 20, 2005, pursuant to Rule 23(e)(1)(C), orders implementation of the Settlement Agreement in accordance with its terms, and retains jurisdiction to enforce only those sections of the Settlement Agreement specified therein, and subject to the terms of this Order hereby dismisses the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                            BY THE COURT,

                            _____
                            Hon. Janet B. Arterton

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on May 25, 2005.

Hugh Barber, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas B. York, Esq.
Dilworth, Paxson LLP
112 Market St., 8th Floor
Harrisburg, PA 17101


                                                   /s/  *David C. Shaw*
                                                       David C. Shaw