FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAY 31  P 4: 45

U.S. DISTRICT COURT
NEW HAVEN CT

ARC/CONNECTICUT, ET. AL.

    PLAINTIFFS

vs.              3:01CV1871(JBA)

PETER H. O'MEARA, ET AL.

    DEFENDANTS.    :  MAY 31, 2005

## ORDER OF DISMISSAL

The Court, having approved the Settlement Agreement during the Fairness Hearing on May 20, 2005, pursuant to Rule 23(e)(1)(C), orders implementation of the Settlement Agreement in accordance with its terms, and retains jurisdiction to enforce only those sections of the Settlement Agreement specified therein, and subject to the terms of this Order hereby dismisses the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

BY THE COURT,

/s/ Hon. Janet B. Arterton