UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARC/CONNECTICUT, ET. AL. : | |
| : | 3:01CV1871 (JBA) |
| PLAINTIFFS : | |
| vs. : | |
| : | |
| PETER H. O'MEARA, ET AL. : | |
| : | |
| DEFENDANTS. : | MAY 27, 2008 |

## **WITHDRAWAL OF APPEARANCE**

The undersigned respectfully requests permission to withdraw my appearance for the plaintiff in the above-referenced matter on the grounds that I am no longer employed by the Law Offices of David C. Shaw, LLC and plaintiff is represented by other counsel within that office, who have entered an appearance in this matter.

                PLAINTIFFS,

                By /s/ Andrew A. Feinstein
                Andrew A. Feintstein, Esq.  Fed. Bar No. ct11192

                34 Jerome Ave., Suite 210
                Bloomfield, CT 06002
                Tel. (860) 242-1238
                Fax. (860) 242-1507

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on May 29, 2008:

Hugh Barber, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas M. Fiorentino, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Thomas B. York, Esq.
Dilworth, Paxson LLP
112 Market St., 8th Floor
Harrisburg, PA 17101

Mark R. Carta, Esq.
Rucci, Burnham, Carta
 & Edelberg, LLP
30 Old Kings Hwy. South
Darien, CT  06820


                                                   /s/  Andrew A. Feinstein
                                                  Andrew A. Feinstein

3